**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cleveland Weldon GOLDEN, Jr.,**
**Defendant–Appellant.**

**No. 04–30302.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 21, 2004.

Robert William Piedrahita, Assistant U.S. Attorney, Catherine M. Maraist, U.S.

Attorney's Office Middle District of Louisiana, Baton Rouge, LA, Plaintiff–Appellee.

Rainer, Anding & McLindon, Baton Rouge, LA, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Cleveland Golden appeals the 120–month sentence he received after he pleaded guilty to one count of armed bank robbery and to one count of carrying a firearm in relation to a crime of violence. Golden argues that the district court made a mistake when it used a total offense level 26 after granting the Government's motion to reduce his sentence pursuant to FED. R.CRIM.P. 35(b).

Because the district court could on remand impose the same 120–month sentence under a reasonable application of the Guidelines, and because such a sentence would be in compliance with the terms of the plea agreement, Golden fails to meet his burden of showing that the district court's mistake constituted plain error. *See United States v. Wheeler,* 322 F.3d 823, 827–28 (5th Cir.2003); *United States v. Calverley,* 37 F.3d 160, 162–64 (5th Cir. 1994)(en banc)(citing *United States v. Olano,* 507 U.S. 725, 731–37, 113 S.Ct. 1770, 123 L.Ed.2d 508 (1993)).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.